In the Matter of the Probate of the Codicil to the Will of FRED
SEYMOUR, Deceased. MARGARET K. HELMUTH et al., Appellants.
PHELAN BEALE et al., as Executors Named in the Will of FRED
SEYMOUR, Deceased, et al., Respondents.

Argued May 25, 1949; decided July 19, 1949.

*Wilkie Bushby, Philip C. Scott* and *Robert S. Groban* for appellants.

*Irving C. Rutter* for Ruth Gordon-Duff, respondent.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ. LEWIS J., dissents and votes to reverse the order of the Appellate Division and to affirm the Surrogate's decree.